UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Mezon et al.<br><br>                    PLAINTIFFS,<br><br>   v.<br><br><br>Providence Public School Department; et al.<br><br>                    DEFENDANTS. | C.A. 24-cv-00161-JJM-LDA |

## STIPULATION ACCEPTING SERVICE

It is hereby agreed by and between the parties hereinafter listed, by their counsel that the following shall enter:

1.  Defendants the Rhode Island Department of Education and Angélica Infante-Green, in her official capacity as Commissioner of Education, by their undersigned counsel, hereby accept service of the Summons and Complaint filed in the above-captioned matter.

Attorneys for Plaintiffs:

/s/ Jennifer L. Wood
Jennifer L. Wood (Bar No. 3582)
The R.I. Center for Justice
1 Empire Plaza, Ste. 410
Providence, RI 02903
401.837.6431
jwood@centerforjustice.org

Attorney for Defendants Rhode Island Department of Education; and Angélica Infante-Green, in her official capacity as Commissioner of Education:

/s/ Anthony Cottone
Anthony Cottone (Bar No. 3922)
Chief Legal Counsel
RI Department of Education
255 Westminster Street
Providence, RI 02903
401.222.4600
Anthony.Cottone@ride.ri.gov

Dated: April 26, 2024

## CERTIFICATION

I hereby certify that on April 26, 2024, a true copy of this document was delivered electronically using the CM/ECF system to all counsel of record.

/s/ Jennifer L. Wood