UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| YSAURA MEZON, individually and as parent of O.M.; LUCIA MEJIA, individually and as parent of E.V.; MARIA PIRIR, individually and as parent of M.P.; JUAN CRUZ ESTEVEZ, individually and as parent of Y.T.; on behalf of themselves and all others similarly situated,<br>*Plaintiffs*,<br><br>v.<br><br>PROVIDENCE PUBLIC SCHOOL DEPARTMENT; PROVIDENCE PUBLIC SCHOOL BOARD; RHODE ISLAND DEPARTMENT OF EDUCATION; and ANGÉLICA INFANTE-GREEN, Commissioner of Education,<br>*Defendants* | C.A. No. 1:24-cv-00161-JJM-LDA |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as co-counsel for Defendants, RHODE ISLAND DEPARTMENT OF EDUCATION and ANGÉLICA INFANTE-GREEN, Commissioner of Education.

Dated: April 29, 2024

/s/ Kaelyn R. Phelps Prigge
_____
Kaelyn R. Phelps Prigge (#10171)
Rhode Island Department of Education
255 Westminster Street, 4th Floor
Providence, Rhode Island 02903
(401) 222-8933
Kaelyn.phelps@ride.ri.gov

## **CERTIFICATION**

      I hereby certify that, on this 29th day of April, 2024, I caused this document to be filed with the Court's electronic filing system and served by electronic mail upon Jennifer Wood, Esq. at jwood@centerforjustice.org and John Kawashan, Esq., at jkawashan@centerforjustice.org.  The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

      /s/ Kaelyn R. Phelps Prigge