STATE OF RHODE ISLAND AND PROVIDENCE
PLANTATIONS COMMISSIONER OF EDUCATION

IN RE PROVIDENCE PUBLIC
SCHOOL DISTRICT                                        RIDE No. 19-089

**COMMISSIONER'S ORDER 20-002 RE
THE PROVIDENCE SCHOOL BOARD**

WHEREAS, on November 1, 2019, the Commissioner of the Rhode Island Department of Elementary and Secondary Education (the "Commissioner" and "RIDE," respectively) assumed responsibility for the budget, program and personnel of the Providence Public School District ("PPSD") pursuant to: (1) her duties as RIDE's Commissioner under R.I. Gen. Laws §§ 16-5-5 and 16-60-6; (2) the powers delegated to her on July 23, 2019 by the Council on Elementary and Secondary Education (the "Council"), which included the powers of the Council under *The Paul W. Crowley Rhode Island Student Investment Initiative*, R.I. Gen. Laws § 16-7.1-5 (the "Crowley Act"); and (3) the October 15, 2019 *Order of Control and Reconstitution* in the above matter; and

WHEREAS, the Commissioner and the Mayor of the City of Providence entered into a Collaboration Agreement dated November 1, 2019 which described certain aspects of the Commissioner's exercise of the authority enumerated above; and

WHEREAS, pending the appointment of a State Turnaround Superintendent (the "Superintendent"), the Commissioner delegated to the Providence School Board (the "PSB") the power and authority to continue to perform in an advisory capacity certain functions that the PSB had been performing prior to November 1, 2019, as reflected in the Commissioner's November 1, 2019 letter to the PSB; and

WHEREAS, following the appointment of the Superintendent, and after consulting with the Superintendent, the PSB and others, the Commissioner determined that the role of the PSB's during this period of state intervention shall be as detailed herein;

NOW, THEREFORE, as of the date hereof, IT IS HEREBY ORDERED that:

1. The PSB's role will continue to serve as an advisory body focused exclusively on:

    - Progress made under the turnaround plan, and receiving quarterly public comment thereon;
    - Reviewing the budget and finances of the PPSD;
    - Vetting major PPSD contracts and purchases; and
    - Reviewing and serving as a public forum for the vetting of PPSD programs and policies;

2. The PSB shall continue to serve in an advisory role on matters related to PPSD's budget, program, and personnel decisions;

3. The PSB will continue to issue any statements of cause and/or conduct hearings required under the Teachers' Tenure and School Administrators' Rights Acts, and take necessary action incident thereto, provided, however, that such action shall not be legally effective unless and until adopted by the Commissioner, in writing;

4. The Commissioner and the Superintendent will participate in regular meetings with the PSB, provided that the PSB:

    - Reviews and reports on the progress made under the turnaround plan for public comment, on a quarterly basis, i.e., in Mid-March, Mid-June, Mid-September, Mid-December;
    - Reviews the budget and finances of the PPSD, i.e., completes a draft review in mid-June, reviews the final budget in mid-September, and provides a mid-December update;
    - Vets major PPSD contracts and purchases; and
    - Regularly holds policy, finance, and other committee meetings where items are reviewed and vetted; and

5. Any and all communications and requests from the PSB involving any change of PPSD policy or programs shall be made to the Superintendent (or his designee), who will confer with the Commissioner or her designee, and shall not be made directly to any PPSD employee (aside from routine complaints from parents or PPSD employees not involving any change to existing policy or programs, which should nonetheless be reported to the

>Superintendent, in writing).  Nothing contained herein shall impair the right of any member of PSB to advocate on any issue related to PPSD in a public forum.

This ORDER 20-002 is entered this _29th__ day of April, 2020.

*a. Infante*

_____
Angélica Infante-Green,
as RIDE's Commissioner and the
Council's Crowley Act delegate