AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| Mezon et al. | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-00161-JJM-LDA |
| Providence Public Schools Dept. et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Mezon, Mejia, Pirir, Estevez et al.

Date: 05/04/2024

/s/ Jennifer L. Wood
*Attorney's signature*

Jennifer L. Wood #3582
*Printed name and bar number*
The R.I. Centner for Justice
1 Empire Plaza Ste 410
Providence, RI 02903

*Address*

jwood@centerforjustice.org
*E-mail address*

(401) 837-6431
*Telephone number*

*FAX number*